# AFFIDAVIT

I, Van Lindsey, having first been duly sworn, do hereby state and depose the following:

1. I am a Special Agent with the United States Immigration and Customs Enforcement ("ICE"), Human Smuggling and Trafficking Unit in Miami, Florida, and have been so employed since January of 2002. The facts contained in this affidavit are based on my personal knowledge and on information provided to me by other law enforcement officers.

2. This Affidavit is made in support of a material witness complaint against JIANCHUN QIU, JIAN CHEN, MEIMEI XUE, and WEI JIANG. They are material witnesses against Defendants Habibur Rahman and Luis Emilio Cajias-Solis, who are currently charged by indictment in the Southern District of Florida, Case No. 04-20964-CR-KING, with conspiracy to knowingly and willfully bring and attempt to bring aliens to the United States for the purpose of commercial advantage or private financial gain, and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which may later be taken with respect to the aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii); all in violation of Title 18, United States Code, Section 371.

3. In November of 2004, Defendant Habibur Rahman negotiated with an ICE undercover agent the price to smuggle four Chinese aliens, JIANCHUN QIU, JIAN CHEN, MEIMEI XUE, and WEI JIANG, into the United States from

Ecuador. The undercover agent and Rahman agreed that Rahman would bring the four aliens into the United States in December for a fee of $17,000 each, using immigration documents provided by the undercover.

4. In November of 2004, Defendant Luis Emilio Cajias-Solis told an undercover agent that he had recruited the four Chinese aliens for Defendant Rahman and that Rahman was charging each alien a fee of $18,000. Defendant Cajias-Solis also discussed with the undercover agent the smuggling fee payment arrangements for the four Chinese aliens to be smuggled by Rahman.

5. On December 11, 2004, Defendant Habibur Rahman was arrested at the Miami International Airport after attempting to bring the four Chinese aliens into the United States. The aliens were taken into immigration custody. The four individuals listed as material witnesses are those that were smuggled into the United States on December 11, 2004, via commercial airline from Ecuador, by Defendant Habibur Rahman. These four individuals are Chinese nationals, and none had received prior official authorization to come to, enter, or reside in the United States.

6. Based on the foregoing facts, I submit that probable cause exists to believe that JIANCHUN QIU, JIAN CHEN, MEIMEI XUE, and WEI JIANG are material witnesses against Defendants Habibur Rahman and Luis Emilio Cajias-Solis for the offense of conspiracy to knowingly and willfully bring and attempt to bring aliens to the United States for the purpose of commercial advantage or private financial gain, and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter, and reside in the United

States, regardless of any official action which may later be taken with respect to the aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii); all in violation of Title 18, United States Code, Section 371. As it is impracticable to secure the presence of said witnesses by subpoena; it is necessary to arrest the witness defendants pursuant to Title 18, United States Code, Section 3144.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

_____
Van Lindsey, Special Agent
Immigration and Customs Enforcement

Sworn to and subscribed before me
this ₁₅ₙₐday of December, 2004.

_____
TED E. BANDSTRA
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-3639-Bandstra

**UNITED STATES OF AMERICA**

vs.

**JIANCHUN QIU,
JIAN CHEN,
MEIMEI XUE and
WEI JIANG,**

      **Defendants.**

_____/

**CRIMINAL COVER SHEET**

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No
   If yes, was it pending in the Central Region?  ___ Yes  ___ No

2. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003?  ___ Yes  _X_ No

3. Did this case originate from a matter pending in the Narcotics Section (Miami) of the United States Attorney's Office prior to May 18, 2003?  ___ Yes  _X_ No

4. Did this case originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

                                          Respectfully submitted,

                                          MARCOS DANIEL JIMENEZ
                                          UNITED STATES ATTORNEY

BY: _____
                                          MICHELE R. KORVER
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Florida Bar Number 544231
                                          99 N. E. 4th Street
                                          Miami, Florida  33132-2111
                                          TEL (305) 961-9392
                                          FAX (305) 536-7976